GEOFFREY A. HANSEN
Acting Federal Public Defender
ELLEN V. LEONIDA
Assistant Federal Public Defender
555 - 12th Street, Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500
Fax: (510) 637-3507
Email: ellen_leonida@fd.org

Counsel for Defendant
ARMAND BELVIN

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>ARMAND BELVIN,<br><br>　　　　　　　　Defendant. | CR 12-00140 CW<br><br>STIPULATION AND [~~PROPOSED~~]<br>ORDER MODIFYING CONDITIONS OF<br>PRETRIAL RELEASE |

　　　IT IS HEREBY STIPULATED, by and between the parties to this action, that the conditions of pretrial release for Armand Belvin may be modified to allow him to travel to the Eastern District of California, subject to approval from Pretrial Services. The modification is requested because Mr. Belvin's son lives in Solano County and his father lives in Sacramento County. Pretrial Services Officer Paul Mamaril is aware of the proposed modification and has no objection.

　　　All other conditions of release shall remain the same.

DATED: April 17, 2012　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　　ELLEN V. LEONIDA
　　　　　　　　　　　　　　　　　　　　　Assistant Federal Public Defender

DATED: April 17, 2012　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　　BRIGID MARTIN
　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

CR 12-00140 CW
Stipulation and ~~Proposed~~ Order Modifying
Pretrial Release Conditions　　　　　　1

**ORDER**

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the conditions of pretrial release for Armand Belvin may be modified to allow him to travel to the Eastern District of California, subject to approval from Pretrial Services.  All other conditions of release shall remain the same.

IT IS SO ORDERED.

DATED: April 18, 2012

_____
KANDIS WESTMORE
United States Magistrate Judge

CR 12-00140 CW
Stipulation and ~~Proposed~~ Order Modifying
Pretrial Release Conditions                    2