1  GEOFFREY A. HANSEN
   Acting Federal Public Defender
2  ELLEN V. LEONIDA
   Assistant Federal Public Defender
3  555 - 12th Street, Suite 650
   Oakland, CA 94607-3627
4  Telephone: (510) 637-3500
   Facsimile: (510) 637-3507
5  ellen_leonida@fd.org

6  Counsel for Defendant
   ARMAND BELVIN
7

8
                   UNITED STATES DISTRICT COURT
9                  NORTHERN DISTRICT OF CALIFORNIA
                         OAKLAND DIVISION
10

11 | UNITED STATES OF AMERICA,        | CR 12-00140 CW
12 |             Plaintiff,           | STIPULATION TO CONTINUANCE
   |                                  | AND EXCLUSION OF TIME UNDER
13 |         v.                       | THE SPEEDY TRIAL ACT, 18 U.S.C. §
   |                                  | 3161 ET. SEQ.; ORDER
14 | ARMAND BELVIN,
15 |             Defendant.
16

17     IT IS HEREBY STIPULATED, by and between the parties to this action, that the change

18 of plea hearing date of July 11, 2012, presently scheduled at 9:30 a.m. before the Honorable Donna

19 M. Ryu, be vacated and the matter be re-set for August 28, 2012 at 2:30 p.m. before the Honorable

20 Claudia Wilken, for change of plea.

21     The requested continuance is necessary because Mr. Belvin's six month old daughter is

22 scheduled to undergo surgery on August 6, 2012 to remove extra digits on her hands. Since the plea

23 agreement provides that Mr. Belvin will be remanded upon entry of his plea, the parties request that

24 entry of plea be postponed to allow him to care for his infant daughter during and immediately after

25

26
   CR 12-00140 CW
   Stipulation to Continuance and Exclusion of Time
                                                   1

1 her surgery.

2      The parties agree and stipulate that the time until August 28, 2012 should be excluded
3 because the ends of justice served by the granting of the continuance outweigh the bests interests
4 of the public and the defendant in a speedy and public trial. The continuance is necessary to provide
5 the defendant with continuity of counsel (18 U.S.C. §3161(h)(7)(B)(iv)) and is appropriate in order
6 to facilitate the Court's consideration the proposed plea agreement (18 U.S.C. §3161(h)(7)(G)). The
7 parties will submit the proposed plea agreement to the Court on Tuesday, July 3, 2012.

8

9

10 Date: July 5, 2012                                 /s/
                                              ELLEN V. LEONIDA
11                                             Assistant Federal Public Defender
                                            Counsel for defendant ARMAND BELVIN
12

13

14 Date: July 5, 2012                                 /s/
                                              BRIGID MARTIN
15                                             Assistant United States Attorney

16

17

18

19

20

21

22

23

24

25

26
CR 12-00140 CW
Stipulation to Continuance and Exclusion of Time

1 ORDER

2 The court finds that the ends of justice served by the granting of the continuance outweigh the bests interests of the public and the defendant in a speedy and public trial. The continuance is necessary to accommodate continuity of counsel and the Court's consideration of the proposed plea agreement. Based on these findings, IT IS HEREBY ORDERED THAT the above-captioned matter is continued to August 28, 2012 at 2:30 p.m., before the Honorable Claudia Wilken, and that time is excluded from July 11, 2012 until August 28, 2012 pursuant to 18 U.S.C. § 3161(h)(7)(G) and 18 U.S.C. §3161(h)(7)(B)(iv).

IT IS SO ORDERED.

7/3/2012
Date

HON. DONNA M. RYU
UNITED STATES DISTRICT JUDGE

CR 12-00140 CW
Stipulation to Continuance and Exclusion of Time

3